
RECEIVED
IN LAKE CHARLES, LA

MAY -3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HASSAN HENDERSON** | : | **DOCKET NO. 2:06-CV-2385** |
| VS. | : | **JUDGE TRIMBLE** |
| **WARDEN YOUNG** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition be reclassified as a Motion to Vacate filed pursuant to 28 U.S.C. §2255 and transferred to the United States District Court for the Western District of Missouri.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of May, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE